UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-cr-72 (2) |
| vs. | : | Judge Timothy S. Black |
| SHERMAN A. BROWN, | : | |
| Defendant. | : | |

**ORDER GRANTING DEFENDANT SHERMAN BROWN'S MOTION REQUESTING SERVICE BY UNITED STATES MARSHAL'S OFFICE (Doc. 168)**

This criminal case is before the Court on the Motion of Defendant Sherman Brown requesting service of a subpoena be made by the United States Marshal's Office. (Doc. 168). During a suppression hearing on May 29, 2013, Defendant informed the Court of his desire to subpoena documents or other information from the Ohio Adult Parole Authority requesting information concerning Defendant Brown. Based upon a discussion with the parties during that hearing, the Court **GRANTS** Defendant's Motion.

Accordingly, the Court directs that service of Defendant Sherman Brown's subpoena be made by the United States Marshal's Office.

**IT IS SO ORDERED.**

Date: June 5, 2013                              *s/ Timothy S. Black*
                                                Timothy S. Black
                                                United States District Judge